**No. 65872.**—Kaufman & Vinson Co. *v.* United States, protest 325053–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of marble slabs similar in all material respects to those the

subject of *Lyons Transport* v. *United States* (41 Cust. Ct. 278, C.D. 2052), the claim of the plaintiff was sustained.